ASH

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lisa Tammar Hylton, | No. CV-26-02525-PHX-DJH (DMF) |
| Petitioner, | **ORDER TO SHOW CAUSE** |
| v. | |
| Pam Bondi, et al., | |
| Respondents.[1] | |

Petitioner filed this action under 28 U.S.C. § 2241 challenging her immigration detention.[2]

Petitioner is a native of Jamaica who entered the United States on November 5, 2024 seeking asylum, and was immediately taken into immigration custody. On November 13, 2025, an immigration judge (IJ) ordered Petitioner removed from the United States, but granted withholding and deferral of removal under the Convention Against Torture (CAT). Both parties waived appeal, and the IJ's order became final that same day. Nevertheless, Petitioner remains in immigration custody.

As such, Petitioner challenges her present immigration detention under *Zadvydas v. Davis*, 533 U.S. 678 (2001), arguing her detention is prolonged and there is no significant probability of her removal in the reasonably foreseeable future.

---

[1] The Court will substitute Todd Blanche and Markwayne Mullin for Respondents Pam Bondi and Kristi Noem, respectively. Fed R. Civ. P. 25.

[2] Petitioner has also filed a Motion to Expedite. (Doc. 2). Because the Court will order Respondents to promptly respond to the Petition, the Motion will be denied as moot.

Respondents must show cause why the Petition should not be granted. Any response must be supported by documentary evidence including, if applicable, affidavits by individuals with personal knowledge of the factual statements made therein and signed under penalty of perjury.

**Warnings**

### A. Address Changes

If Petitioner's address changes, Petitioner must file and serve a notice of a change of address in accordance with Rule 83.3(d) of the Local Rules of Civil Procedure. Petitioner must not include a motion for other relief with a notice of change of address. Failure to comply may result in dismissal of this action.

### B. Copies

Petitioner must serve Respondents, or counsel if an appearance has been entered, a copy of every document she files. Fed. R. Civ. P. 5(a). Each filing must include a certificate stating that a copy of the filing was served. Fed. R. Civ. P. 5(d). Also, Petitioner must submit an additional copy of every filing for use by the Court. LRCiv 5.4. Failure to comply may result in the filing being stricken without further notice to Petitioner.

**IT IS ORDERED:**

(1) Petitioner's Motion to Expedite (Doc. 2) is **denied**.

(2) Todd Blanche and Markwayne Mullin are **substituted** for Respondents Pam Bondi and Kristi Noem, respectively.

(3) The Clerk of Court must serve a copy of the Summons, the Petition (Doc. 1) and this Order on the United States Attorney for the District of Arizona by certified mail addressed to the civil process clerk at the office of the United States Attorney pursuant to Rule 4(i)(1)(A) of the Federal Rules of Civil Procedure. The Clerk of Court must also send by certified mail a copy of the Summons, the Petition, and this Order to the United States Attorney General pursuant to Rule 4(i)(1)(B) and to Respondents pursuant to Rule 4(i)(2) of the Federal Rules of Civil Procedure.

(4) The Clerk of Court must immediately transmit by email a copy of this Order

and the Petition to the United States Attorney for the District of Arizona, to the attention of Melissa Kroeger at melissa.kroeger@usdoj.gov, Lon Leavitt at lon.leavitt@usdoj.gov, Theo Nickerson at Theo.Nickerson2@usdoj.gov, Dina Anagnopoulos at Dina.Anagnopoulos@usdoj.gov, and Mary Finlon at Mary.Finlon@usdoj.gov.

(5) Respondents must show cause no later than **April 29, 2026**, why the Petition should not be granted.

(6) Petitioner may file a reply no later than **May 6, 2026**.

Dated this 15th day of April, 2026.

Honorable Diane J. Humetewa
United States District Judge