# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lisa Tammar Hylton, | No. CV-26-02525-PHX-DJH (DMF) |
| Petitioner, | **ORDER** |
| v. | |
| John E Cantu, et al., | |
| Respondents. | |

On April 13, 2026, Petitioner filed her Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. 1.) Petitioner challenges her present immigration detention under *Zadvydas v. Davis*, 533 U.S. 678 (2001). (*Id.*) The Court directed Respondents to show cause why the Petition should not be granted. (Doc. 4.) In their Response, Respondents state:

Respondents do not oppose Petitioner's request for release at this time.

(Doc. 10.)

The Court accepts this concession as non-opposition to granting Petitioner's habeas corpus petition as to her request for immediate release from U.S. Department of Homeland Security ("DHS") custody.

Accordingly,

**IT IS ORDERED** that Petitioner's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. 1) is **GRANTED** as to her request for immediate release from DHS

custody.

**IT IS FURTHER ORDERED** that Respondents shall **IMMEDIATELY** release Petitioner from DHS custody under the same conditions that existed before her detention.

**IT IS FURTHER ORDERED** that Respondents shall provide a notice of compliance within **48 HOURS** of releasing Petitioner from DHS custody.

**IT IS FURTHER ORDERED** that any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 30th day of April, 2026.

Honorable Diane J. Humetewa
United States District Judge